IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DAVID DAMAS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-2755-L-BK** |
| § | |
| **ETHIOPIAN AIRLINES and** § | |
| **UNITED AIRLINES,** § | |
| § | |
| Defendants. § | |

## ORDER

On September 14, 2023, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 18) ("Report") was entered, recommending that the court dismiss without prejudice this action pursuant to Federal Rule of Civil Procedure 41(b) because of Plaintiff's failure to prosecute and comply with court orders. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Rule 41(b) for the reasons stated by the magistrate judge. In light of this ruling, the court also **denies as moot** Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 16).

**It is so ordered** this 20th day of October, 2023.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page