IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID DAMAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-2755-L-BK** |
| | § | |
| **ETHIOPIAN AIRLINES and** | § | |
| **UNITED AIRLINES,** | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

This judgment is issued pursuant to the court's order, dated October 20, 2023. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

**Signed** this 20th day of October, 2023.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**